### Exhibit A to the Complaint

**Location:** Sellersville, PA  
**Total Works Infringed:** 46

**IP Address:** 108.52.0.21  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|------|--------|-----|------|-----------|------------|--------------|
| 1 | Info Hash: 27CA105685DB67F2C5057E668CD3B938AD095579<br>File Hash: 89BDA1E7C19EBA8FDBDB4F7A6994AFA3C1D21B7B5EE8CD09769CB02862D66E7F | 02-24-2022 15:01:04 | Vixen | 04-17-2020 | 04-22-2020 | PA0002237694 |
| 2 | Info Hash: 375DED7064A441FA3081BF68C7A9B7B03075360F<br>File Hash: 1B91696DF63BE11A7BCFD7C8F1509169C8C797CF1FB6ECAFE29580C2B066239E | 02-24-2022 14:43:45 | Vixen | 01-04-2019 | 01-22-2019 | PA0002147681 |
| 3 | Info Hash: 55FE1A09CB2373891C3A493FDC97F5C75E3FF98F<br>File Hash: 2ED6D01616FF08A0CA6E3E063A34BD405A51BF3B2BAC3CF4955DAFACAE3F03C0 | 02-24-2022 14:41:11 | Vixen | 02-18-2019 | 03-11-2019 | PA0002158598 |
| 4 | Info Hash: D7A243C8F2A6EAE07E5C2BD884C1034F66DA274B<br>File Hash: 6B3587C4EC7FEED3A52D9875BC284549DF3F44F26C78F8B39B83914AA02BC7C2 | 08-30-2021 03:17:34 | Tushy | 08-24-2018 | 11-01-2018 | PA0002143429 |
| 5 | Info Hash: FBA1C218DA2C4A8ACE331F4BBE18902759CF533F<br>File Hash: 025D177BAC842F18959BECA2ADDD4B661550AB1A57C9F8882D4F1B5A5CA859C4 | 08-30-2021 03:13:53 | Vixen | 03-15-2018 | 04-17-2018 | PA0002116747 |
| 6 | Info Hash: 9A164C8B1821E4B6D1BA1AEBCA90397E291462EB<br>File Hash: C746BE0F97C803F33F9EDD2C6EE621D617458407AF469E5716ECC1C97E5AE170 | 08-30-2021 03:12:19 | Tushy | 06-05-2019 | 07-17-2019 | PA0002188310 |
| 7 | Info Hash: E076B634D470A407875FB81AA4AF9A63F8A9EBE7<br>File Hash: FB340D3193F36908058841961D8298BE4D5C5CE62D59DDCE9AF7D65A675EF3AA | 08-30-2021 03:10:45 | Vixen | 12-20-2019 | 02-03-2020 | PA0002225564 |
| 8 | Info Hash: 2D560D99BBAE099E7983A6E4C981E82303676D4C<br>File Hash: 1DFB61E1E06CE8629F50B0D9E680F17C418F540A5BA10B5F5D0BC7E28C4E615D | 08-30-2021 03:05:32 | Tushy | 06-21-2020 | 08-03-2020 | PA0002259102 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 9EAA6BB9432ECBD7BE021383F508D978C07DDDEA<br>File Hash: 7F59A9419FB30CBA25F2259DC3B0092A785352B8CCFBAE565BA052A7300BA6BB | 08-30-2021 02:59:42 | Vixen | 06-11-2021 | 06-24-2021 | PA0002303166 |
| 10 | Info Hash: 0F5704CFE7DB49BFE13BD39F9D72396349E99801<br>File Hash: F6A1FA2D5F11650489E36374B8A5114AF533B5592FCB50892EFD035D439351E7 | 08-30-2021 02:06:08 | Tushy | 01-03-2021 | 02-02-2021 | PA0002280504 |
| 11 | Info Hash: 08B0A612F8AE6494D6A7B7788B4646B936EB345B<br>File Hash: 05B9A29576186E3BEAB663C3C3464BB3F7C81EB156C6717C391C3C68F3CA9E4E | 08-30-2021 01:54:39 | Vixen | 07-23-2021 | 08-23-2021 | PA0002308400 |
| 12 | Info Hash: FF4587D86491988D7CB446FCDF75037B72B9F677<br>File Hash: 04F6EC0A721CA93538A366A447D214A8B5C5857A5BAFEEC7E974AC2BA8FCD6B1 | 08-29-2021 05:52:16 | Tushy | 06-25-2018 | 08-07-2018 | PA0002132395 |
| 13 | Info Hash: CD131D1484E301629C78445DB0D022E909245339<br>File Hash: CE7A62EF83FA92FEFD5F59266E56890FB479CE4C9DC3EE536741F050D45B83C1 | 08-29-2021 05:51:54 | Blacked | 11-06-2018 | 11-25-2018 | PA0002136603 |
| 14 | Info Hash: 084F851EE1A490C1486F9621F5E3FF8DE56E23D6<br>File Hash: AC3A6721FBF963137CFFD335238500DF035419ECAB5C5A9E03E919143E5F2389 | 08-29-2021 05:51:41 | Blacked Raw | 02-13-2020 | 03-18-2020 | PA0002241447 |
| 15 | Info Hash: 557B5DAD5E3CAC1EBF7F510D67437F1D01235D11<br>File Hash: E4A62E1A2CC636C13E980133105006A3E70314128FB9CF66A8367FCD1FB98922 | 08-29-2021 05:51:24 | Vixen | 04-14-2019 | 05-28-2019 | PA0002200761 |
| 16 | Info Hash: 746403C43C43D87FB2C9FC47CFE8B1A0EA448D3B<br>File Hash: D01578070A186388877C9B3AC910493B3D9D1396190CD75DE403A7FDDBBB70BB | 08-29-2021 05:47:52 | Vixen | 10-06-2019 | 10-21-2019 | PA0002207778 |
| 17 | Info Hash: B80966EB25CE62DA272DA719ED0EFEF0C671D237<br>File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 08-29-2021 05:44:29 | Vixen | 09-06-2018 | 11-01-2018 | PA0002143433 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 605D88F2DE72643EA222EBE4CB36BBFC2D283165<br>File Hash: C02E9194DF140732EA5FD73D1EF4511590B9F8FD33C46F8F1FB253E21501C61E | 08-29-2021 05:39:32 | Vixen | 03-15-2019 | 04-08-2019 | PA0002164872 |
| 19 | Info Hash: C755D33EC8CE6BDE3D242B60BC6F2F235E8C6E56<br>File Hash: 99CE669C56E2E1E65238107B357586D48001CD2B6AE53CE20753F03912D39968 | 08-28-2021 05:48:33 | Blacked | 02-13-2019 | 03-11-2019 | PA0002158597 |
| 20 | Info Hash: BF56645CE48AFC2100D5C453D9C10B1246D49DFB<br>File Hash: AF6F164834AEE5574A89B06153475EFA9D8E77A5F775B625CFE91A626564EAFA | 08-28-2021 04:29:36 | Vixen | 11-15-2018 | 12-10-2018 | PA0002145829 |
| 21 | Info Hash: 8C7AF6A66329C95A7D227BBB80A47BA13BBEA382<br>File Hash: 691C01D9D4A2CDCCBD975A65DBA5229DDC44C964C16150BACC75AA69E86DACCC | 08-28-2021 04:26:34 | Blacked Raw | 03-13-2019 | 04-17-2019 | PA0002186977 |
| 22 | Info Hash: DBF08487A3D7FE3704DADAB3BEAE6159E4C2DA38<br>File Hash: EA3A14928D707D02CAF7EBA3F82F77CF7F36157B929DA6AD47BC4024001FF0CA | 08-03-2021 21:18:55 | Tushy | 07-10-2018 | 08-07-2018 | PA0002132397 |
| 23 | Info Hash: 21F03C28A6ABFCC2546E0088D4BCED0FA8F4861A<br>File Hash: C3A3E8AE9285F94208B9F7A8DD06DCEEB8259C3E39B3F243FB6A16329FCB983B | 08-03-2021 20:14:07 | Vixen | 09-11-2018 | 10-16-2018 | PA0002127780 |
| 24 | Info Hash: 4F144BD09D3F79C690E4B4CCCE6950B7386B359F<br>File Hash: 9A99B931FC165E7740689992915C16CC0D95A058CAE9975465DBC0574623C75F | 08-03-2021 20:10:37 | Blacked Raw | 03-12-2020 | 04-17-2020 | PA0002246106 |
| 25 | Info Hash: D335DDB57FFB5F0B60788C8C523369E69C7E2209<br>File Hash: 0B407BF7B66A0DAE76C876A3E1B94CC6935793E9E7A9D90D534E4DA5C8A7FB80 | 08-03-2021 20:07:05 | Vixen | 07-23-2017 | 08-10-2017 | PA0002046877 |
| 26 | Info Hash: 3AFE20CF242866E3F8CE9D837FBF4543C2C46830<br>File Hash: D09533E096DF9ECC9C1391C91E8F94660C9C013086DC8A2B4196DE94C68C899B | 08-03-2021 20:02:07 | Vixen | 05-14-2019 | 07-05-2019 | PA0002206408 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 5668D842B01DBC6AE1699ACF99A2693CCC69FB37 File Hash: A56B79DBE87BF9A9C57A310BDCE64619A8202C98B9936AB295EFFEC5D75BDA24 | 08-03-2021 20:01:58 | Tushy | 11-12-2018 | 12-10-2018 | PA0002145826 |
| 28 | Info Hash: 4700026C242B9D12B1CB9A29A3F3FDAA46EC7147 File Hash: DD1A048071BDB5198B2E6D4183BADE1888B4BED757D89CF15A7AAB2D5A91363B | 08-03-2021 20:00:02 | Vixen | 04-04-2019 | 04-29-2019 | PA0002169968 |
| 29 | Info Hash: 9E3C6304641675CE89BFDE30CF4C2ED6BD050625 File Hash: 156FAE83B541DCA0B83B730124FA5F9C70DE9E3D9E8557ADBC6A075FB2059C4F | 08-03-2021 19:59:33 | Blacked Raw | 11-21-2018 | 12-18-2018 | PA0002141915 |
| 30 | Info Hash: 355B946D7BAECA20A27DF6E5758033D2D1AA36D2 File Hash: 43E53F7A6910B7FC77CA0705ACAFDC90C0E69E3F02967C85B138D41EE359DB88 | 08-03-2021 19:55:17 | Vixen | 10-31-2019 | 11-15-2019 | PA0002211917 |
| 31 | Info Hash: 22B33995DE549081D7B994B8854B0EAE01E902DD File Hash: 56D89FA6D497A46B5C8518302FC6748D49E507CB869F3280D452D830CC08B979 | 08-03-2021 19:51:58 | Vixen | 12-25-2018 | 01-22-2019 | PA0002147901 |
| 32 | Info Hash: AC4C346E8CA09841B13A2A1BB144D359950CC235 File Hash: 9197F0F7F2FB7C5584E2B57E327094559C4D977F7A6B51F049A068426BEA9779 | 08-03-2021 19:51:57 | Vixen | 01-24-2019 | 03-24-2019 | PA0002183209 |
| 33 | Info Hash: CA9A9B5920DDFDCD77DB5BBA8649794C677C876E File Hash: 3A76AB88A4085FD90CE55997554B6E6D21E8202AF75D1759BA8845040E613D56 | 08-03-2021 01:52:22 | Vixen | 11-20-2019 | 12-09-2019 | PA0002216255 |
| 34 | Info Hash: 2053F578471906D2E1D3E5A3C40EBCF42ADB6582 File Hash: 9DB4747FDE700FDA1C521402D3098222389CEA4F5FEC86F057487D3C3D8E289D | 08-03-2021 01:49:18 | Vixen | 09-01-2018 | 11-01-2018 | PA0002143431 |
| 35 | Info Hash: 9882006182B28733FF2A3E19DDE766E4DA6349DA File Hash: 03A78244D910813FEBC6D411FB14AE383D816E7C23CD3BC39FFD03D50EEA3F82 | 08-03-2021 01:49:02 | Tushy | 07-15-2018 | 08-07-2018 | PA0002132406 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 846B05E2B96675A7BC351F8EBDDDCC4803764E6C<br>File Hash: 95812A21AE7EFD973AF7380CE9DB99CE1C25EEF7C88DD1A31C716D2D6F9E1E9D | 08-03-2021 01:48:58 | Tushy | 04-25-2021 | 06-09-2021 | PA0002295582 |
| 37 | Info Hash: 8E81070C5773C2CB9D240BE894C35961B32E651E<br>File Hash: AEC67A9BCA0E38E2607CA6414873252651A9A7BD524C654DD877A77C43AA5171 | 08-03-2021 01:48:55 | Vixen | 06-28-2019 | 08-27-2019 | PA0002213233 |
| 38 | Info Hash: DAF1B9F1D2087765B9535FCFF44C4C79B2796359<br>File Hash: DAA109212CFB87F8614AAA8F425AAFA6361C4E4E59FE5631A71F1077F1DF5D1B | 08-03-2021 01:48:49 | Vixen | 01-09-2019 | 02-02-2019 | PA0002155377 |
| 39 | Info Hash: 0C44B8AED03B4C07F872E28D708FF620DECA586F<br>File Hash: FF4D63B2480DC6ABC24100C7E2DCC61CA9AE5C7588440E2F698E55DE49FC932A | 08-03-2021 01:38:45 | Blacked | 03-21-2020 | 04-15-2020 | PA0002246170 |
| 40 | Info Hash: B2E9D50B27C30C4E13DB0208246D7E80C26192A6<br>File Hash: 539F1F352E6DFF9C6001D5D0D0F2B14F36D1E6CC11E3A574E1E16A4C540BB495 | 08-03-2021 01:32:49 | Blacked | 12-31-2018 | 01-22-2019 | PA0002147686 |
| 41 | Info Hash: 2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 08-03-2021 01:19:18 | Tushy | 07-25-2018 | 09-05-2018 | PA0002134601 |
| 42 | Info Hash: DB525A07FF54B5A855CD15EAE4905BC4EA7BECF5<br>File Hash: 14962ABE607A8FE7AA75331E515DE439A8EF2A93866A4673D822A9A262B2B5D8 | 08-03-2021 00:22:18 | Blacked Raw | 08-20-2018 | 09-05-2018 | PA0002135002 |
| 43 | Info Hash: 3C28FAAEB72C4CE198AE53CF81794A2107981A37<br>File Hash: 5E6B3C927E1308CCD7AD657F1B04917DE8BFEFE55DDCA88FE3CAF0A46FBC62E0 | 08-02-2021 23:53:07 | Tushy | 07-05-2018 | 08-07-2018 | PA0002132399 |
| 44 | Info Hash: 112F44AAEB428446B2368D0F8FB57765BE27D044<br>File Hash: 96225DF0286806DF434A704A453B2DB47BD092623EE2AD64A84F07040BB2C1B1 | 08-02-2021 20:46:07 | Vixen | 11-30-2018 | 12-18-2018 | PA0002141918 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: B3E61DB8D11F1AFFE99051D5DFFDD2F576CD7D86<br>File Hash: 64A3DD36E0979BE72DA5AB67B7F966675E2C10420C2A021210745E6684C67CA7 | 08-02-2021 20:44:38 | Vixen | 08-07-2020 | 08-18-2020 | PA0002253099 |
| 46 | Info Hash: 48602926BFD95B81D209185755FFB40CA982FCC1<br>File Hash: B49675114B4D9C7CF43D7AF33F33929FCC06BED6A080998B40F34EB6A37A7472 | 08-02-2021 20:38:13 | Tushy | 08-30-2020 | 09-05-2020 | PA0002255477 |